# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| MARK DAUGHERTY,           )<br>                           )<br>    Plaintiff             )<br>                           )<br>    v                      )<br>                           )<br>FOOD LION, LLC,            )<br>                           )<br>    Defendant.             ) | CIVIL NO. 1:04cv278 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Christine A. Samsel of the law firm of Akin Gump Strauss Hauer & Feld, LLC to appear as additional counsel for the defendant in this matter filed on November 14, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Christine A. Samsel is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 18, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge