# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV278

| | |
|---|---|
| **MARK DAUGHERTY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **FOOD LION, LLC,** ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and all of Plaintiff's claims, except his claim for "negligent supervision," are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claim for "negligent supervision" is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Defendant shall recover its costs of this action from the Plaintiff.

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge